# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00082-MR-WCM

| | |
|---|---|
| GARDNER-WEBB UNIVERSITY, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **ORDER**<br>) |
| PRO FORM SPORTS, LLC and<br>GARY WILSON, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on the Defendant Gary Wilson's Response to Order to Show Cause [Doc. 42].

On June 15, 2021, the Court entered an Order directing Defendant Wilson to show cause in writing within fourteen (14) days why an entry of default should not be made against him for failing to defend this action. [Doc. 37]. On June 28, 2021, attorney Ryan Michel Arnold made an appearance on behalf of Defendant Wilson. [Doc. 41]. On June 29, 2021, Defendant filed the present Response to the Show Cause Order, asking that an entry of default not be made against him. [Doc. 42].

Upon review of Defendant Wilson's Response, the Court concludes that the Show Cause Order should be discharged and that this case should

proceed. The Court will allow Defendant Wilson thirty (30) days from the entry of this Order to respond to the Plaintiff's Motion to Deem Requests for Admissions Admitted and to Compel Defendants to Produce the Documents Requested in the First Set of Request for Production of Documents [Doc. 28]; the Plaintiff's Motion to Compel Defendant Gary Wilson's Attendance at His Deposition and for Sanctions [Doc. 31]; the Plaintiff's Motion Amend/Correct Case Management Order [Doc. 33]; and the Plaintiff's Motion for Summary Judgment [Doc. 35].

**IT IS, THEREFORE, ORDERED** that the Show Cause Order [Doc. 37] is hereby **DISCHARGED**, and this case shall be allowed to proceed.

**IT IS FURTHER ORDERED** that, within thirty (30) days of the entry of this Order, the Defendant Gary Wilson shall respond to the Plaintiff's pending motions [Docs. 28, 31, 33, 35].

**IT IS SO ORDERED.**

Signed: August 3, 2021

Martin Reidinger
Chief United States District Judge